```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-31-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

MICHAEL CLEMONS                          :

           Plaintiff,          :    07 Civ. 7200 (LAP)(HBP)

   -against-                          :    ORDER
                        TO SHOW CAUSE

CORRECTIONAL OFFICER FUTCH, et al.       :

          Defendants.          :

------------------------------------X

PITMAN, United States Magistrate Judge:

    The complaint in this matter was filed in the District Court Clerk's Office on August 13, 2007.  Despite the fact that Rule 4(m), Fed. R. Civ. P., requires that the summons and complaint be served on the defendants no later than 120 days after the commencement of an action, according to the Court's records, the defendants have not yet been served.  Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), it is hereby

    ORDERED that plaintiff has until May 27, 2008 either to complete service of the summons and complaint on defendants or to show good cause why such service has not been made.  Failure to complete service or to show cause on or before

May 27, 2007, **will** result in the issuance of a Report and Recommendation recommending the dismissal of this action.

Dated:    New York, New York
          March 31, 2008

                                   SO ORDERED

                                   _____
                                   HENRY PITMAN
                                   United States Magistrate Judge

Copy mailed to:

Mr. Michael Clemons
245 Warburton Avenue
Yonkers, New York 10701

2