

**Andrew J. Spano**
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-1-08

*Application Granted*

**SO ORDERED**

July 31, 2008   HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-31-08

**BY FACSIMILE WITH PRIOR
PERMISSION TO (212) 805-6111**
Hon. Henry B. Pitman
Chief United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 750
New York, New York 10007

Re:   **Michael Clemons v. CO Futch et al.; 07 Civ. 7200 (LAP) (HBP)**

Dear Judge Pitman:

    This Office represents individual defendant Karl Vollmer (n/h/a "Assistant Warden Vallmer") and the Westchester County Department of Correction (n/h/a "Westchester County Correction Medical Department") in the above referenced matter.

    Earlier today, I received the Court's response to my prior request for an extension of time to respond to the complaint, which indicates that counsel cannot seek an extension on behalf of parties it does not represent.

    Accordingly, on behalf of individual defendant Karl Vollmer and the Westchester County Department of Correction (both of which are represented by this Office), I respectfully renew my request that said defendants' time to respond to the complaint in this matter be extended by four (4) weeks, to September 4, 2008.

    Should you or your staff have any questions with regard to this matter, I may be contacted at (914) 995-5102 or by e-mail to jdp3@westchestergov.com. I respectfully request that any determination with regard to this request be returned to me by facsimile to (914) 995-3132, so that I may send a copy to Plaintiff by overnight courier.

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601    Telephone: (914)995-2660   Website: westchestergov.com

Hon. Henry Pitman
July 31, 2008
Page 2 of 2

Thank you for your consideration of this request.

Very truly yours,

Justin D. Pruyne
Assistant County Attorney

cc:
Michael Clemons
*Plaintiff Pro Se*
245 Warburton Avenue
Yonkers, New York 10701