MAILED TO COUNSEL
9/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
MICHAEL CLEMONS,                    :   07 Civ. 7200 (LAP)
                                    :
                    Plaintiff,      :
                                    :   ORDER
         -against-                  :
                                    :
CORRECTIONAL OFFICER FUTCH, et al., :
                                    :
                    Defendants.     :
------------------------------------X

LORETTA A. PRESKA, United States District Judge:

   Plaintiff in the above-named case shall file no later than October 10, 2008 his opposition, if any, to the motion to dismiss the claims against them filed on September 4, 2008 by defendants County of Westchester and Karl Volmer. Defendants shall file their reply no later than October 24, 2008.

SO ORDERED:

Dated:    New York, New York
          September 9, 2008

                                   _____
                                   LORETTA A. PRESKA, U.S.D.J.